**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

✎AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

JUN 25 2009

JAMES W. McCORMACK, CLERK

By:_____
DEP CLERK

UNITED STATES OF AMERICA

v.

JOSEPH JAMES EPPERSON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  4:03cr00079-01 JMM

USM No. 22922-009

Jerome Kearney
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General & Std. #9 _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime. | 10/01/2008 |
| General | Failure to refrain from illegal possession of a controlled substance | 10/01/2008 |
| Standard 9 | Association with persons engaged in criminal activity | 10/01/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2673

Defendant's Year of Birth:   1957

City and State of Defendant's Residence:
Pine Bluff, Arkansas

06/25/2009
_____
Date of Imposition of Judgment

_____
Signature of Judge

James M. Moody                     US District Judge
_____
Name and Title of Judge

06/25/2009
_____
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: JOSEPH JAMES EPPERSON
CASE NUMBER: 4:03cr00079-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

TWENTY-FOUR (24) MONTHS

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☑  The defendant shall surrender to the United States Marshal for this district:

   ☑  at __01:00__  ☐ a.m.  ☑ p.m.  on  __07/09/2009__ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL